# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LENNY SPANGLER, | |
| Plaintiff(s), | Case No. 2:14-cv-00125-GMN-NJK |
| vs. | ORDER DENYING PROPOSED DISCOVERY PLAN |
| NEVADA PROPERTY 1, LLC, et al., | |
| Defendant(s). | (Docket No. 42) |

Pending before the Court is Defendants' Proposed Discovery Plan. Docket No. 22. The parties are required to submit a *stipulated* proposed discovery plan. *See* Local Rule 26-1(d). The pending discovery plan was submitted only by Defendants. *See* Docket No. 42 at 3 (indicating that proposed discovery plan "does not include any input from plaintiff"). Accordingly, the proposed discovery plan is hereby **DENIED** without prejudice.

The Court further **ORDERS** Plaintiff's counsel to contact Defendants' counsel as soon as practicable to schedule a conference regarding the discovery plan. That conference **SHALL** be held no later than March 21, 2014. The Court further **ORDERS** the parties to submit a stipulated discovery plan no later than March 25, 2014.

IT IS SO ORDERED.

DATED: March 18, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge